UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DALE DUFFY,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE,<br><br>    Defendant. | Case No. 16-cv-05842 NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED TO SAN FRANCISCO/OAKLAND DIVISION**<br><br>Re: Dkt. No. 1 |

Pro se plaintiff Nathaniel Dale Duffy's complaint asserts violation of his constitutional rights by the Alameda County Sheriff's Office.  According to his complaint, Duffy's rights were violated at Santa Rita jail in Alameda County and by his alleged wrongful arrest and false imprisonment by Alameda County employees.  Dkt. No. 1.

Under Northern District of California Civil Local Rule 3-2(c), the Clerk should assign a civil action to the Courthouse serving the county in which the action arises.  A civil action arises in the county "in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated."  Civil L.R. 3-2(c).  Civil actions that arise in Alameda County should be assigned to a courthouse in the San Francisco/Oakland Division.  Civil L.R. 3-2(d).

Case No. 16-cv-05842 NC

1 Duffy's case should have been assigned to the San Francisco/Oakland Division
2 because the action "arises in" Alameda County.

3 Accordingly, by October 26, 2016, Duffy either must file a consent to transfer his
4 case to the San Francisco/Oakland Division, or explain in writing why his case should not
5 be transferred.

6 Finally, the Court informs Duffy that the Federal Pro Se Program at the San Jose
7 Courthouse provides free information and limited-scope legal advice to pro se litigants in
8 federal civil cases.  The Federal Pro Se Program is available by appointment and on a
9 drop-in basis.  The Federal Pro Se Program is available at Room 2070 in the San Jose
10 United States Courthouse (Monday to Thursday 1:00 – 4:00 p.m., on Friday by
11 appointment only), and The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd
12 Floor, San Jose, CA (Monday to Thursday 9:00 a.m. – 12:00 p.m., on Friday by
13 appointment only), or by calling 408.297.1480.  Similarly, in the San Francisco/Oakland
14 Division, the Legal Help Center provides free information and limited-scope advice.  The
15 Legal Help Center phone number is 415.782.8982.

16 **IT IS SO ORDERED.**

18 Dated:  October 11, 2016   _____
NATHANAEL M. COUSINS
United States Magistrate Judge