UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DALE DUFFY,<br><br>        Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE,<br><br>        Defendant. | Case No.  16-cv-05842-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On October 11, 2016, Plaintiff Nathaniel Dale Duffy filed this action.  Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Phyllis J. Hamilton to determine whether it is related to *Duffy v. Alameda County District Attorney's Office*, C-16-5601 PJH.

**IT IS SO ORDERED.**

Dated: November 30, 2016

_____
                Donna M. Ryu
          United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL DALE DUFFY,

          Plaintiff,

    v.

ALAMEDA COUNTY SHERIFF'S
OFFICE,

         Defendant.

Case No.  4:16-cv-05842-DMR

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

District Court, Northern District of California.

      That on December 1, 2016, I SERVED a true and correct copy(ies) of the attached, by

placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

receptacle located in the Clerk's office.

Nathaniel Dale Duffy
17775 Peak Avenue
Morgan Hill, CA 95037

Dated: December 1, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

2